# SANDERS LAW, PLLC
ATTORNEYS AT LAW

Robert J. Baker
David Barshay
Marc D. Grossman†
Craig B. Sanders◊
Douglas H. Sanders°

Mark R. Bernstein
Martin Block
Edward A. Cespedes
Jennifer M. Gerdes
Michael C. Hayes
Melissa C. Ingrassia
Randi A. Kassan

◊ Admitted in NY, FL, CA, UT*, MD, CO
o Admitted in NY, MI, GA, KY, MA*, OH*, AZ*
∧ Admitted in NY, MA, WA
† Admitted in NY, NJ, PA, IL*
‡ Admitted in NY, NJ, PA, CT, DC*
* Admitted in NY, MA
* Pending admission

100 GARDEN CITY PLAZA
SUITE 500
GARDEN CITY, NEW YORK 11530
TEL:   (516) 203-7600
FAX:   (516) 281-7601
WWW.SANDERSLAWPLLC.COM

Val Kleyma
Joaquin J. Lope
Barbara Mane
Glenn Miller
Todd D. Muhlstoc
Steven J. Neuwirt
Edward J. Nitkewic
Karishma Pate
Poly Papadopoulo
Melissa A. Pirillc
Malgorzata Rafalk
Angelo F. Rizz
Phyllis L. Sander
Stanley J. Sander
Cindy S. Simm
Joseph B. Viene
Meryl S. Viene
Michael F. Villec
Edward D. Woycik, Jr

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 04 2013 ★
LONG ISLAND OFFICE**

January 31, 2013

### PLAINTIFF'S COVER LETTER

United States District Court, Eastern District of New York
Long Island Courthouse
Clerk of the Court
100 Federal Plaza
Central Islip, NY 11722

      Re: *Rizzo v. Debt Recovery Solutions, LLC, et al.*
          Case Number: 2:13-cv-00395-SJF-ARL

Clerk of the Court:

This office represents Plaintiff in the above-referenced matter. Pursuant to the Individual Rules of Hon. Sandra J. Feuerstein, U.S.D.J., this within is Plaintiff's cover letter for Plaintiff's Notice of Motion, Memorandum in Support and Declarations, concerning Plaintiff's motion pursuant to FRCP Rule 23 for class certification. Such documents, as well as a copy of this cover letter, have been served upon all Defendants.

Thank you for your attention herein.

Very truly yours,

David M. Barshay (DB1790)